```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :     CIVIL ACTION
                                  :
         V.                       :
                                  :
CITGO ASPHALT REFINING COMPANY,   :
CITGO PETROLEUM CORPORATION, AND  :
CITGO EAST COAST OIL CORPORATION  :     NO. 08-CV-02898-JF
```

**JUDGMENT ORDER**

AND NOW, this 12th day of April 2011, IT IS ORDERED:

That Judgment is entered IN FAVOR OF the defendants, Citgo Asphalt Refining Company, Citgo Petroleum Corporation, and Citgo East Coast Oil Corporation, and AGAINST the plaintiff, United States of America.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,      Sr. J.