# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Petition of Frescati Shipping Company, Ltd., as owner of the M/T ATHOS I, and Tsakos Shipping and Trading, S.A., as Manager of the ATHOS I, for Exoneration from or Limitation of Liability | ) ) ) ) ) | Civil Action No. 05-cv-305 |
| | ) | Civil Action No. 08-cv-2898 |
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) | CONSOLIDATED |
| v. | ) ) ) | (THE HONORABLE JOEL H. SLOMSKY) |
| CITGO ASPHALT REFINING COMPANY, ET AL., Defendants. | ) ) ) ) | THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED |

## PLAINTIFFS' JOINT PROFFER OF REBUTTAL EVIDENCE

The Plaintiffs, Frescati Shipping Company, Ltd, Tsakos Shipping and Trading, S.A. and the United States of America, respectfully submit the following proffers of rebuttal evidence to the Court in accordance with the Court's instruction given on May 8, 2015 during a conference call with the parties:

1.    Rebuttal testimony of Vincent Capone (attached hereto as Exhibit "A");

2.    Rebuttal testimony of Anthony Bowman (attached hereto as Exhibit "B");

3.    Rebuttal testimony of Ben Benson (attached hereto as Exhibit "C");

4.    The U.S. Coast Guard records of the dimensions of four vessels (GENMAR AJAX, OVERSEAS PORTLAND, EOS and ALBUM (attached hereto as Exhibit "D");

5.    Rebuttal testimony of Donna Hellberg (attached hereto as Exhibit "E"); and

6.    The statement certified by NOAA, relating to the inferred time of tidal current at the Delaware River Subordinate Stations 4426 Crab Point and 4431 Hog Island (attached hereto as Exhibit "F").

/s/ *John J. Levy*

Alfred J. Kuffler (ID No. 12868)
John J. Levy (ID No. 42377)
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109-1029
(215) 772-1500
akuffler@mmwr.com
jlevy@mmwr.com

Attorneys for Plaintiffs
Frescati Shipping Company and
Tsakos Shipping and Trading, S.A.

/s/*Sharon K. Shutler*

Sharon Shutler
 Trial Attorney
Stephen F. Flynn
  Assistant Director Admiralty
Sarah S. Keast
 Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P. O. Box 14271
Washington, DC  20044-4271
Telephone:  (202) 616-4070
Stephen.Flynn@usdoj.gov
Sharon.Shutler@usdoj.gov

Attorneys for Plaintiffs
United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of Frescati Shipping Company, Ltd., as owner of the M/T ATHOS I, and Tsakos Shipping and Trading, S.A., as Manager of the ATHOS I, for Exoneration from or Limitation of Liability | ) ) ) ) ) ) |
| | Civil Action No. 05-cv-305 |
| | |
| UNITED STATES OF AMERICA, | ) Civil Action No. 08-cv-2898 |
| Plaintiff, | ) CONSOLIDATED |
| v. | ) (THE HONORABLE JOEL H. SLOMSKY) |
| CITGO ASPHALT REFINING COMPANY, ET AL., | ) THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFFS' JOINT PROFFER OF REBUTTAL EVIDENCE** was filed electronically. I certify my understanding that the following counsel have consented to service of this filing through the receipt of electronic notification from the Court:

**Frank P. DeGiulio, Esquire**
fpd@pbh.com

**Richard Q. Whelan, Esquire**
rqw@pbh.com

*Attorneys for Citgo Asphalt Refining Company*

**Derek A. Walker, Esquire**
walkerd@chaffe.com

**John G. Bissell, Esquire**
jbissell@strongpipkin.com

*Attorneys for Citgo Asphalt Refining Company*

3897426v1

This Certificate of Service and the said filing are intended to be available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania.

Dated:                                 /s/ John J. Levy

                                      Alfred J. Kuffler (ID No. 12868)
                                      John J. Levy (ID No. 42377)
                                      MONTGOMERY, McCRACKEN,
                                        WALKER & RHOADS, LLP
                                      123 South Broad Street
                                      Philadelphia, PA  19109-1029
                                      (215) 772-1500
                                      Attorneys for Plaintiffs
                                      Frescati Shipping Company, Ltd. and
                                      Tsakos Shipping & Trading, S.A.

# EXHIBIT A

## VINCE CAPONE

The Frescati Plaintiffs make this proffer as to rebuttal testimony from Mr. Capone:

1) CITGO witness Dr. Cole offered opinions not stated in any of his reports, nor elicited at trial in 2010, namely, that based upon the relationship between the time of observed low tide and the time of observed slack before flood at Penns Landing, the tidal current was not flooding when *Athos I* passed through Billingsport Range and entered the Mantua Creek Anchorage. Dr. Cole offered related new opinions, including an opinion that the pilots did not make good observations of the actual current. Notwithstanding that testimony, Dr. Cole also testified that the current gauge at Penn's landing cannot be used to infer the time of slack water before flood at Hog Island or at other stations downstream of Penns Landing because "as recognized by NOAA there is a different tidal regime"[for Penns Landing] Day 18 April 2, 2015, p 25:13-21; 78:21 – 79:1-7, and that NOAA would not use Penns Landing to estimate the observed current at locations downriver because of the lag and difference in tidal conditions. Day 18 April 2, 2015, p 12:16-24.

In response, Mr. Capone will "explain, repel, counteract or disprove" that evidence by testifying that: 1) He has read the May 6, 2015 NOAA Certified Statement, signed by Peter Stone, Technical Director of NOAA's Center of Operational Oceanographic Products and Services, relating to the inferred time of tidal current at the Delaware River Subordinate Station 4426 Crab Point and 4431 Hog Island. Mr. Capone will testify, within a reasonable degree of scientific certainty, that the facts and data in the NOAA certification are consistent with scientific and hydrographic principles and are the kinds of facts and data that experts in the field of hydrography would reasonably rely upon in forming opinions. The facts and data in the NOAA certification are also consistent with his personal survey experience on the Delaware

River. Mr. Capone agrees with the NOAA methodology for determining the actual (or "inferred" rather than "predicted") time of slack before flood at Crab Point and Hog Island, and from that the actual time at Billingsport Tide Station. 2) Crab Point is approximately 3.46 nautical miles downstream of Hog Island. 3) Crab Point is approximately 1.54 nautical miles downstream of the Billingsport Tide Station which in turn is approximately 1.89 nautical miles downstream of Hog Island. In other words, the Billingsport Tide Station is roughly half way between the two subordinate tidal current stations. 4) Hog Island is approximately 1.1 nautical miles upstream of the 38 feet sounding inside the Mantua Creek Anchorage off CITGO's berth and approximately 0.85 miles upstream of the anchor recovery location. 5) Applying NOAA's methodology, Mr. Capone concludes that the slack before flood would have occurred at the Billingsport Tide Station at approximately 20:38hrs. on November 26, 2004. 6) Assuming *ATHOS I* passed the Billingsport Tide Station at 20:41hrs., the tide would have been flooding for about 3 minutes. 7) Assuming ATHOS I passed Buoy 1F at 20:45hrs., the tide would have been flooding for approximately 6 minutes by that time. 8) Assuming *ATHOS I* entered Mantua Creek Anchorage at about 20:48hrs., the tide would have been flooding for about 8 minutes by that time. 9) The times presented using the NOAA methodology are consistent with the pilots' observations that the current was flooding at the time *ATHOS I* passed Billingsport Range, Buoy 1F and when she entered the Mantua Creek Anchorage.

# EXHIBIT B

## ANTHONY J. BOWMAN

The Frescati Plaintiffs make this proffer as to rebuttal testimony from Mr. Bowman:

1) CITGO witness George Petrie testified on remand that oil lines in way of the aft port draft marks (See Exh. D-1170) were evidence that the ship had listed to a higher angle than suggested by the Castillo draft readings (Remand Tr. April 13, 2015, pp. 48:15- 49:50), and that this was evidence of extra ballast on board and a deeper draft immediately prior to the casualty. *Id.,* pp. 50-51. Petrie raised this opinion in one of his pre-trial reports. In 2009, Mr. Bowman responded with a report to explain the way the ship would initially have trimmed and listed. CITGO subsequently abandoned Mr. Petrie's oil-lines theory and did not offer testimony on the subject at trial in 2010. In rebuttal, Mr. Bowman will "explain, repel, counteract or disprove" the evidence that the oil lines on the aft port quarter lead to the conclusion that there was additional ballast on board and therefore the draft amidships was deeper. He will explain how only oil lines in way of the port or starboard amidships can be used to establish the ship's displacement in order to confirm that the weights of cargo, ballast and consumables on board are correct; the oil lines at the extremes (fore and aft ends of the ship) at that moment in time are simply indicative of the ship's list and trim. Mr. Petrie also testified that he was not able to recreate on his GHS loading software a loading condition that would replicate the ship's condition and list on the morning after the casualty. *Id.,* pp. 131-132. He claimed that this supported his conclusion that there was extra ballast on board and the ship's draft was deeper than 36' 7". Mr. Bowman will explain how he was able to replicate that condition, within tolerances (considering the cargo was being heated and its volume expanded), by taking into account among other things the actual location of numerous small tanks in the engine room that are assumed to be on the centerline in the ship's stability book and loading computer.

1

2) <u>Mr. Petrie also testified to a heel caused by the tugs pushing on the starboard side of</u> <u>*Athos I.  Id*. at 84:9 -86:18.  He was then shown a diagram created by Mr. Bowman (D-2138 at</u> <u>ATHOS 20112) and opined that a 1 degree heel to port would increase the draft by 1/7 of 1.57</u> <u>meters.  *Id*., pp. 84-86</u>.  In response, Mr. Bowman will "explain, repel, counteract or disprove" that evidence first by testifying that his illustration of the effect of a 7 degree list on draft was limited to the cross section of the hull amidships, not at the damage location on the hull, and was not drawn to show the heel caused by the tugs.  Secondly, Mr. Bowman will explain that the tugs pushing on the side of the ship would not have generated any more than a momentary 2 and a half inches increase in the draft <u>at the location on the hull where the damage occurred</u>.  Mr. Bowman's calculations are:  Using the Seamaster condition for 2100 hrs on November 26 2004 and assuming both tugs apply their maximum force 3 meters above the waterline, then *Total heeling moment* = (61 x 8.57) + (44 x 8.57) = 899.85 t-m.  *Righting moment* = (63843 x 2.25) = 143646.75a t-m.  For semicircular hole, *draft increase* = (899.85/143646.75) x 10 = 0.063 m (or 2.48 inches).  *Resultant heel angle* = tan-1(0.063/10) = 0.36 degrees.

3) CITGO witness Dr. Langford testified using a demonstrative exhibit to explain how the ship interacted with the anchor.  This video, which was only produced shortly before he took the stand, was an attempt by CITGO to supplant the previous SEA animation created under Dr. Langford's supervision that mistakenly relied upon 10-second GPS "jitter," to show the ship moving to port, then forward and to starboard, and then forward and to port.  The new video shows the ship moving only forward.  (Remand Tr. April 8, 2015, p. 115:17-22).  In response, Mr. Bowman will "explain, repel, counteract or disprove" that evidence by testifying that the scour mark on the river bed formed when the hole in the No. 7 cargo tank was created, and other evidence, disprove a forward movement of the ship as shown in the new Langford video.

# EXHIBIT C

## COURTNEY ("BEN") BENSON

The Frescati Plaintiffs make this proffer as to the subjects on which Ben Benson would testify on rebuttal:

1)      **McLellan – Testimony that Frescati's SMT should have required OSROs to bill third party labor on a cost-plus a markup basis, and that such a billing arrangement was required under the OSRO contracts**. *See e.g., Trial Tr. Day 24, April 15, 2015, McLellan, at  62:25-70:10; Exh. D-1991*.  Mr. Benson  will "explain, repel, counteract or disprove" that evidence by testifying, *inter alia*, concerning the SMT's use, interpretation and implementation of the applicable contract terms and the consistency of these practices with industry custom and practice.

2)      **McLellan – Testimony that TOG should have secured discounts or direct billing arrangements with oil spill response contractors within five days of the spill incident**. *See e.g., Trial Tr. Day 24, April 15, 2015, McLellan, at 48:4-50:5; 52:22-54:12; 82:16-83:2; 83:9-85:16; D-1993*.  Mr. Benson will "explain, repel, counteract or disprove" that evidence by testifying, *inter alia*, that discounts were obtained at the earliest possible dates in a spill response that had not "settled down" until late December or early January, and that rate reductions negotiated behind the scenes between NRC and OSROs within its Independent Contractor Network are irrelevant.

3)      **McLellan – Testimony that hundreds of thousands of dollars was misspent, or should not have been spent on oil containment boom**. *See e.g., Trial Tr. Day 24, April 15, 2015, McLellan, at 92:17-94:7; 95:15-96:11; D-2008; Trial Tr. Day 25, April 16, 2015, McLellan, at 142:2-144:8; 155:3-158:16*.  Mr. Benson will "explain, repel, counteract or disprove" that evidence by testifying, *inter alia*, that the boom was requested, ordered, delivered,

1

deployed, priced, appropriately paid for, and documented. As well, he will testify concerning the significance and reliability of information contained on daily forms and vendor invoices signed by TOG personnel such as Jim Tanner and Linda Holmes.

4)      **McLellan – Testimony that the SMT, including SOS, were complicit in alleged overbilling, and lax in oversight of OSRO cost documentation.** *See e.g., Trial Tr. Day 24, April 15, 2015, McLellan, at 36:3-37:10; 38:12-39:9; 50:6-51:5; 59:18-60:16; 73:21-75:1; 151:24-152:12; 204:21-205:3; 217:24-218:6; Trial Tr. Day 25, April 16, 2015, McLellan, at 50:13-51:13; 156:6-157:6; 173:21-175:17.* Mr. Benson will "explain, repel, counteract or disprove" that evidence by testifying, *inter alia*, that TOG's Finance Section, including Spill Onsite Services, acted professionally and with diligence in their review and auditing of OSRO and vendor invoices, were not complicit in alleged overbilling and made appropriate adjustments and payment recommendations for invoices approved for payment.

# EXHIBIT D

## PROFFER AS TO US COAST GUARD RECORDS

The Plaintiffs submit this Proffer as to United States Coast Guard "Port State Information Exchange System" ("PSIX") records for four oil tankers: GENMAR AJAX, EOS, OVERSEAS PORTLAND and ALBUM.  The records are attached hereto as P-1821 and will be offered into evidence on rebuttal.  These records, which are self-authenticating under FRE 902 (4) as "Certified copies of public records," rebut and explain in part the testimony of CARCO's expert witness on tides and currents, Dr. George M. Cole.  The records establish that the beams (the overall width) of the four ships exceeded the beam of Panamax size ships (less than106 feet).  In accordance with the Mariners Advisory Committee Transit Advisories, ships with beams greater than Panamax size were only to transit the Delaware River on the flood tide.  On remand, Dr. Cole offered the new opinion as to the height of the tide in Anchorage No. 9 for 25 vessels that called at CARCO's facility in 2004 (see Ex. D-2235) with a draft between 35 and 37.5 feet, which would have placed these vessels in the same docking window as ATHOS I.

Dr. Cole concluded that these vessels deliberately timed their passage through Anchorage No. 9 "pretty close to the time of high water for that tidal cycle, as opposed to low water." (*Id.*). In fact, the PSIX records refute Dr. Cole's opinion as to why the ships made the approach to the anchorage when they did.

Plaintiffs attempted to cross-examine Dr. Cole regarding the beams of four ships on D-2235 – the GENMAR AJAX, EOS, OVERSEAS PORTLAND and ALBUM – using public information which records these vessels' beam widths as being over Panamax size. Notwithstanding that CITGO vetted each of these vessels prior to chartering them, and would have been provided the "ship's particulars" which would include the beam of the ships, CARCO objected on the ground that the records were not in evidence and "not a government document

1

[thus] . . . [t]here [was] no foundation for the document." (R. Tr., Day 18, Cole at 61:12-62:2). The Court sustained CARCO's objection. (*Id.* at 62:3-5).

Therefore, the Plaintiffs submit the same information from self-authenticating government documents to cure CARCO's objection. "The information contained in PSIX represents a weekly snapshot of Freedom of Information Act (FOIA) data on U.S. flag vessels, foreign vessels operating in U.S. waters, and Coast Guard contacts with those vessels." (USCG PSIX, https://cgmix.uscg.mil/psix/ (last accessed Apr. 28, 2015)).

Plaintiffs provided these records to CARCO on April 21, 2015, but CARCO declined to stipulate to their admissibility.

On April 29, 2015, Plaintiffs obtained a Fed. R. Evid. 902 compliant Attestation Certificate from Brian Judge, USCG, Chief, Office of Claims and Litigation, enclosing true and correct copies of the USCG PSIX records for these four ships. Mr. Judge has the authority to produce copies of search records for these vessels from the USCG PSIX database.

**U.S. Department of Homeland Security**

**United States Coast Guard**

Commandant
United States Coast Guard

2703 Martin Luther King Jr. Ave SE
Stop: 7213 Washington DC  20593
Staff Symbol: CG-0945
Phone:  (202) 372-3736
Fax:  (202) 372-8325

## ATTESTATION CERTIFICATE (FED R. EVID. 902(4))

I am an employee of the United States Coast Guard, and I am a qualified person who has the authority to produce this true copy of the attached search results from the Coast Guard's Port State Information Exchange ("PSIX") for the following vessels:

1. GENMAR AJAX (IMO No. 9108702)
2. OVERSEAS PORTLAND (IMO No. 9213325)
3. ALBUM (IMO No. 9240407)
4. EOS (IMO No. 9038878)

Attorneys for the Department of Justice requested that my office conduct a search of PSIX for the above named vessels, and a Coast Guard officer under my supervision generated the original results documents using the vessel search function in PSIX on April 28, 2015. PSIX is a publicly available database maintained by the Coast Guard that contains vessel specific information, including results of boardings, examinations and inspections derived from the Marine Information for Safety and Law Enforcement (MISLE) information system. The information contained in PSIX includes data on U.S. flag vessels, foreign vessels operating in U.S. waters and Coast Guard contacts with those vessels and is updated weekly. The law requires that vessel owners and operators provide truthful and accurate information about specific vessel characteristics, including measurements and other data contained in MISLE and available to the public via PSIX. The Coast Guard does not independently verify all measurements and other data. PSIX is accessible on the Internet via website at the following address:  https://cgmix.uscg.mil/PSIX/Default.aspx.

Signed at Washington, DC, this
27th day of April, 2015 by

BRIAN JUDGE
U.S. Coast Guard
Chief, Office of Claims and Litigation

P-1821

USCG CGMIX PSIX Vessel Details Page                                                    Page 1 of 2



# United States Coast Guard
## Maritime Information eXchange
### Port State Information eXchange



| CGMIX Home | PSIX Home | Vessel Search | Vessel Contact Search | Definitions | Contact Us |

Skip Navigation



The Port State Information eXchange (PSIX) system contains vessel specific information derived from the United States Coast Guard's Marine Information Safety and Law Enforcement System (MISLE). The information contained in PSIX represents a weekly snapshot of Freedom of Information Act (FOIA) data on U.S. flag vessels, foreign vessels operating in U.S. waters, and Coast Guard contacts with those vessels. Information on unclosed cases or cases pending further action is considered privileged information and is precluded from the PSIX system.

## Results for Vessel: **GENMAR AJAX**

Featured Links

USCG Official Site
USCG FOIA Information
USCG Web Accessibility Policy
Vessel/Facility Security Plan Review Status
PSIX FAQ/Help
Additional Links...

### Vessel Information:

**Vessel Name:** GENMAR AJAX
**VIN:** 9108702
**Hull Number:**
**Vessel Flag:** LIBERIA
**Vessel Call Sign:** ELRX4
**Build Year:** 1996

### Vessel Particulars:

**Service:** Tank Ship
**Length:** 797.9 ft
**Breadth:** 137.1 ft
**Depth:** 65.6 ft
**Alternate VINs:**
**IMO Number:** 9108702

### Service Information:

**Service:** In Service
**Out Of Service Date:** N/A
**Last Removed From Service By:** N/A

### Tonnage Information:

**Deadweight:** 96183
**Gross Tonnage(GRT):**
**Net Tonnage(NRT):**
**Gross Tonnage(GT ITC):** 53829
**Cargo Authority:**

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| COC-TVE Annual | | December 27, 2010 | December 12, 2011 |
| ISM - Document Of Compliance | DNV | November 23, 2010 | November 28, 2015 |
| COC-TVE Renewal | | December 12, 2009 | December 12, 2011 |
| Certificate of Compliance - Tank Vessel | | December 12, 2009 | December 12, 2011 |
| COC-TVE Annual | | December 8, 2008 | December 10, 2009 |
| COC-TVE Renewal | | December 10, 2007 | December 10, 2009 |
| COC-TVE Annual | USCG | December 20, 2006 | December 16, 2007 |
| ISM - Safety Management Certificate | DNV | November 20, 2006 | October 7, 2011 |
| International Oil Pollution Prevention Certificate | N/A | September 13, 2006 | July 31, 2011 |
| SOLAS Cargo Ship Safety Radio Certificate | N/A | August 4, 2006 | July 31, 2011 |
| International Load Line Certificate | N/A | July 10, 2006 | July 31, 2011 |
| SOLAS Cargo Ship Safety Construction Certificate | N/A | July 3, 2006 | July 31, 2011 |
| SOLAS Cargo Ship Safety Equipment Certificate | N/A | July 3, 2006 | July 31, 2011 |
| Classification Document | N/A | June 30, 2006 | July 31, 2011 |
| COC-TVE Renewal | | December 16, 2005 | December 16, 2007 |
| Minimum Safe Manning Document | LR | June 10, 2005 | |
| ISM - Safety Management Certificate | ABS | November 17, 2001 | April 16, 2002 |
| International Oil Pollution Prevention Certificate | DNV | November 14, 2001 | July 31, 2006 |
| Load Line Certificate (Coastwise) | DNV | November 14, 2001 | July 31, 2006 |

| Classification Document | DNV | November 14, 2001 | July 31, 2006 |
|---|---|---|---|
| ISM - Document Of Compliance | | August 4, 2000 | June 27, 2005 |
| Tonnage Certificate, International | N/A | June 27, 1996 | |

### Summary of Coast Guard Contacts

| View Data From (MM/DD/YYYY): | 4/28/2010 | To: | 4/28/2015 | Submit |
|---|---|---|---|---|

Back to Top

Printer Friendly Version

**Last Update:**
Monday, April 27, 2015

USCG CGMIX PSIX Vessel Details Page



# United States Coast Guard
## Maritime Information eXchange
### Port State Information eXchange



| CGMIX Home | PSIX Home | Vessel Search | Vessel Contact Search | Definitions | Contact Us |
|---|---|---|---|---|---|

Skip Navigation



The Port State Information eXchange (PSIX) system contains vessel specific information derived from the United States Coast Guard's Marine Information Safety and Law Enforcement System (MISLE). The information contained in PSIX represents a weekly snapshot of Freedom of Information Act (FOIA) data on U.S. flag vessels, foreign vessels operating in U.S. waters, and Coast Guard contacts with those vessels. Information on unclosed cases or cases pending further action is considered privileged information and is precluded from the PSIX system.

## Results for Vessel: *OVERSEAS PORTLAND*

### Vessel Information:

**Vessel Name:** OVERSEAS PORTLAND
**VIN:** 9213325
**Hull Number:**
**Vessel Flag:** MARSHALL ISLANDS
**Vessel Call Sign:** V7DH4
**Build Year:** 2002

### Vessel Particulars:

**Service:** Tank Ship
**Length:** 820.6 ft
**Breadth:** 144.3 ft
**Depth:** 68.9 ft
**Alternate VINs:** CG575890
**IMO Number:** 9213325

### Service Information:

**Service:** In Service
**Out Of Service Date:** N/A
**Last Removed From Service By:** N/A

### Tonnage Information:

**Deadweight:** 112139
**Gross Tonnage(GRT):**
**Net Tonnage(NRT):**
**Gross Tonnage(GT ITC):** 62385
**Cargo Authority:** Crude or Petroleum Products

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| COC-TVE Annual | | July 14, 2014 | June 17, 2015 |
| ISM - Safety Management Certificate | ABS | June 1, 2014 | November 30, 2014 |
| SOLAS Cargo Ship Safety Radio Certificate | ABS | April 30, 2014 | February 28, 2017 |
| International Oil Pollution Prevention Certificate | ABS | July 16, 2013 | February 28, 2017 |
| COC-TVE Renewal | NEWMS | June 17, 2013 | June 17, 2015 |
| SOLAS Cargo Ship Safety Equipment Certificate | ABS | May 19, 2013 | February 28, 2017 |
| ISM - Document Of Compliance | ABS | May 15, 2013 | July 23, 2018 |
| SOLAS Cargo Ship Safety Construction Certificate | ABS | March 6, 2013 | February 28, 2017 |
| International Load Line Certificate | ABS | March 6, 2013 | February 28, 2017 |
| Classification Document | ABS | February 29, 2012 | February 28, 2017 |
| COC-TVE Renewal | SNNE | September 2, 2010 | September 2, 2012 |
| COC-TVE Annual | | August 15, 2009 | August 12, 2010 |
| COC-TVE Renewal | | August 12, 2008 | August 12, 2010 |
| COC-TVE Annual | N/A | September 7, 2007 | July 7, 2008 |
| Minimum Safe Manning Document | MH | February 26, 2002 | |
| Tonnage Certificate, International | ABS | December 26, 2001 | |

### Summary of Coast Guard Contacts

| View Data From (MM/DD/YYYY): | 4/28/2010 | To: | 4/28/2015 | Submit |
|---|---|---|---|---|

Back to Top

**Featured Links**

USCG Official Site
USCG FOIA Information
USCG Web Accessibility Policy
Vessel/Facility Security Plan Review Status
PSIX FAQ/Help
Additional Links..

Case 2:08-cv-02898-JHS Document 438 Filed 05/13/15 Page 21 of 33

Printer Friendly Version

**Last Update:**
Monday, April 27, 2015



*United States Coast Guard*
*Maritime Information eXchange*
*Port State Information eXchange*



| CGMIX Home | PSIX Home | Vessel Search | Vessel Contact Search | Definitions | Contact Us |

Skip Navigation



The Port State Information
eXchange (PSIX) system
contains vessel specific
information derived from the
United States Coast Guard's
Marine Information Safety and
Law Enforcement System
(MISLE). The information
contained in PSIX represents a
weekly snapshot of Freedom
of Information Act (FOIA) data
on U.S. flag vessels, foreign
vessels operating in U.S.
waters, and Coast Guard
contacts with those vessels.
Information on unclosed cases
or cases pending further action
is considered privileged
information and is precluded
from the PSIX system.

## Results for Vessel: *ALBUM*

### Vessel Information:

**Vessel Name:** ALBUM
**VIN:** 9240407
**Hull Number:**
**Vessel Flag:** KUWAIT
**Vessel Call Sign:** 9KCS
**Build Year:** 2003

### Vessel Particulars:

**Service:** Tank Ship
**Length:** 800.4 ft
**Breadth:** 137.7 ft
**Depth:** 68.9 ft
**Alternate VINs:**
**IMO Number:** 9240407

### Service Information:

**Service:** In Service
**Out Of Service Date:** N/A
**Last Removed From Service By:** N/A

### Tonnage Information:

**Deadweight:** 105857
**Gross Tonnage(GRT):** 57190
**Net Tonnage(NRT):** 32775
**Gross Tonnage(GT ITC):** 57190
**Cargo Authority:**

### Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| COC-TVE Renewal | USCG | November 14, 2011 | November 14, 2013 |
| SOLAS Cargo Ship Safety Equipment Certificate | ABS | May 25, 2011 | May 24, 2013 |
| SOLAS Cargo Ship Safety Radio Certificate | ABS | January 11, 2011 | January 10, 2012 |
| SOLAS Cargo Ship Safety Certificate | N/A | April 28, 2009 | March 24, 2010 |
| Classification Document | N/A | January 29, 2009 | July 13, 2013 |
| International Load Line Certificate | N/A | August 21, 2008 | July 13, 2013 |
| SOLAS Cargo Ship Safety Construction Certificate | ABS | August 21, 2008 | July 13, 2013 |
| International Oil Pollution Prevention Certificate | N/A | August 21, 2008 | July 13, 2013 |
| SOLAS Cargo Ship Safety Construction Certificate | N/A | July 21, 2008 | July 13, 2012 |
| COC-TVE Renewal | | June 19, 2008 | June 20, 2010 |
| ISM - Document Of Compliance | DNV | May 2, 2008 | March 29, 2013 |
| ISM - Safety Management Certificate | DNV | February 10, 2008 | December 21, 2013 |
| COC-TVE Annual | | July 7, 2007 | July 1, 2008 |
| COC-TVE Renewal | | July 1, 2006 | July 1, 2008 |
| Tonnage Certificate, International | | June 26, 2003 | |

### Summary of Coast Guard Contacts

**View Data From** (MM/DD/YYYY): 4/28/2010   **To:** 4/28/2015   Submit

Back to Top

Printer Friendly Version

**Last Update:**
Monday, April 27, 2015

**Featured Links**

USCG Official Site
USCG FOIA Information
USCG Web Accessibility Policy
Vessel/Facility Security
Plan Review Status
PSIX FAQ/Help
Additional Links...



# United States Coast Guard
## Maritime Information eXchange
### Port State Information eXchange



| CGMIX Home | PSIX Home | Vessel Search | Vessel Contact Search | Definitions | Contact Us |

Skip Navigation



The Port State Information eXchange (PSIX) system contains vessel specific information derived from the United States Coast Guard's Marine Information Safety and Law Enforcement System (MISLE). The information contained in PSIX represents a weekly snapshot of Freedom of Information Act (FOIA) data on U.S. flag vessels, foreign vessels operating in U.S. waters, and Coast Guard contacts with those vessels. Information on unclosed cases or cases pending further action is considered privileged information and is precluded from the PSIX system.

## Results for Vessel: *EOS*

### Vessel Information:

**Vessel Name:** EOS
**VIN:** 9038878
**Hull Number:**
**Vessel Flag:** PANAMA
**Vessel Call Sign:** 3FQC3
**Build Year:** 1993

### Vessel Particulars:

**Service:** Tank Ship
**Length:** 800.4 ft
**Breadth:** 149.1 ft
**Depth:** 60.0 ft
**Alternate VINs:** CG042654
**IMO Number:** 9038878

### Service Information:

**Service:** In Service
**Out Of Service Date:** N/A
**Last Removed From Service By:** N/A

### Tonnage Information:

**Deadweight:** 99450
**Gross Tonnage(GRT):**
**Net Tonnage(NRT):**
**Gross Tonnage(GT ITC):** 54827
**Cargo Authority:**

### Featured Links

USCG Official Site
USCG FOIA Information
USCG Web Accessibility Policy
Vessel/Facility Security
Plan Review Status
PSIX FAQ/Help
Additional Links...

## Vessel Documents and Certifications

| Document | Agency | Date Issued | Expiration Date |
|---|---|---|---|
| COC-TVE Renewal | NEWMS | November 4, 2011 | November 4, 2013 |
| ISM - Safety Management Certificate | BV | March 4, 2011 | March 9, 2016 |
| ISM - Document Of Compliance | LR | December 20, 2010 | November 2, 2015 |
| SOLAS Cargo Ship Safety Radio Certificate | BV | August 27, 2010 | October 31, 2013 |
| COC-TVE Annual | N/A | June 22, 2010 | February 26, 2011 |
| SOLAS Cargo Ship Safety Equipment Certificate | BV | February 28, 2010 | October 31, 2013 |
| SOLAS Cargo Ship Safety Construction Certificate | BV | May 11, 2009 | October 31, 2013 |
| Load Line Certificate (Coastwise) | BV | May 11, 2009 | October 31, 2013 |
| Classification Document | BV | April 16, 2009 | October 31, 2013 |
| COC-TVE Renewal | N/A | February 26, 2009 | February 26, 2011 |
| COC-TVE Annual | N/A | March 1, 2008 | March 3, 2010 |
| COC-TVE Renewal | N/A | February 13, 2007 | February 13, 2009 |
| ISM - Document Of Compliance | LR | October 27, 2005 | February 11, 2010 |
| ISM - Safety Management Certificate | ABS | July 3, 2003 | March 14, 2008 |
| Load Line Certificate (Coastwise) | ABS | February 8, 1999 | October 31, 2003 |
| International Oil Pollution Prevention Certificate | ABS | February 8, 1999 | October 31, 2003 |
| Classification Document | ABS | November 12, 1998 | October 31, 2003 |
| Tonnage Certificate, International | ABS | October 24, 1997 | |

Case 2:08-cv-02898-JHS   Document 438   Filed 05/13/15   Page 24 of 33

| Summary of Coast Guard Contacts |
| --- |
| View Data From (MM/DD/YYYY): 4/28/2010    To: 4/28/2015    Submit |
| Back to Top |

Printer Friendly Version

**Last Update:**
Monday, April 27, 2015

# EXHIBIT E

## <u>REBUTTAL TESTIMONY OF DONNA HELLBERG</u>

Plaintiff United States submits this Proffer to recall Donna Hellberg, Lead Claims

Manager for the Coast Guard's National Pollution Funds Center (NPFC), for the limited

purpose of rebutting the following:

**McLellan Testimony that Prime Oil Spill Response Contractors should not have**

**been permitted to bill third party labor at the rates charged by the Prime for its**

**employees and that $11,887,284.06 should be deducted from the Plaintiffs' claim.**[1]  (Trial

Tr. Day 24, 4/15/15 McClellan at 45:16-47:6; 62:25 - 70:15; Exh D-1988, Exh D-1991, P-1501

at Bates 070355).   Using Selendang, DBL, and other large oil spill cases adjudicated by the

NPFC, Ms. Hellberg will demonstrate that it is the industry custom and practice for prime oil

spill response contractors to charge supplemental oil spill response labor at the prime

contractor's rate.

**McLellan Testimony that charges were incorrect, lacked sufficient support, or**

**otherwise overcharged and thus should be deducted from the Plaintiffs' claim.** (Trial Tr.

Day 24, 4/15/15, McClellan at 33:2-34:6, 61:19-62:2, 75:13-82:2, 88:14-89:8, 92:13-105:25;

Exh D-1988).  Ms. Hellberg undertook a partial review of Mr. McLellan's spreadsheets

specifically examining the basis for his denial of charges for several of the oil spill contractors.

Based on this review, Ms. Hellberg found a pattern of arbitrary exclusion of charges from the

Plaintiffs' claim and will use several specific examples to illustrate this point.  Ms. Hellberg

---

[1] Mr. McLellan applies the same arguments to prime contractors' practices of billing third party

equipment and deducts an additional $1,535,185.40 from the Plaintiffs' claim.  Ms. Hellberg's

rebuttal arguments regarding third party labor apply equally to third party equipment.

will also compare some of these examples to other spills such as the Selendang to demonstrate the inconsistency of Mr. McLellan's positions in ATHOS I.

The limited scope of Ms. Hellberg's testimony is well within the discretion of this Court. *See United States v. Maillis*, 467 F.2d 567, 569 (3d Cir. 1972) (purpose of rebuttal testimony is to "explain, repel, counteract, or disprove the evidence of the adverse party").

**McLellan's testimony that is confusing and misleading regarding response costs incurred by the Coast Guard post-federalization of the ATHOS spill**. (Trial Tr. Day 24, 4/15/15 McClellan at 28:2- 31:17).  Ms. Hellberg will identify the response costs incurred by the Coast Guard after the spill was federalized and explain why no bill for these costs was provided to Frescati.

# EXHIBIT F

## PROFFER AS TO NOAA'S STATEMENT RELATING TO THE INFERRED TIME OF TIDAL CURRENT AT THE DELAWARE RIVER SUBORDINATE STATIONS AT 4426 CRAB POINT AND 4431 HOG ISLAND

The United States and the Frescati Plaintiffs submit this Proffer as to the statement of Mr. Peter Stone, Technical Director of the National Oceanic and Atmospheric Administration (NOAA), Center of Operational Oceanographic Products and Services, certified on May 7, 2015, by NOAA, relating to the inferred time of tidal current at the Delaware River Subordinate Station 4426 Crab Point and 4431 Hog Island.

The Plaintiffs intend to use the NOAA certified statement as evidence to rebut Dr. Cole's new opinion regarding actual tidal currents.   A true and correct copy of the NOAA certified statement is attached hereto as Exhibit P-1820.

The Plaintiffs do not intend to call anyone from NOAA on rebuttal, unless the Court declines to accept the certified statement into evidence.  If that were to occur, Plaintiffs would call Mr. Stone, who would testify consistent with his statement

In a letter dated May 8, 2015, the United States provided a copy of the NOAA certified statement to counsel for the CITGO Defendants, and offered to make Mr. Stone available for deposition on May 10-14 or the week of May 26, 2015.  To date, the offer has not been accepted.

FORM CD-64
(REV.1-00)
DAO 201-17

U. S. DEPARTMENT OF COMMERCE

Washington, D.C., _____May 1_____ , 20 _15_

*I HEREBY CERTIFY that the annexed is a true copy of* _statement relating to the inferred_

time of tidal current at the Delaware River Subordinate Station 4426 Crab Point

and 4431 Hog Island.

*on file in the* _Offices of the National Oceanic & Atmospheric Administration, National Ocean Service_

Peter J. Stone

Technical Director, NOAA/NOS/CO-OPS

(Official title)

*I HEREBY CERTIFY that* _____

Peter J. Stone

*who signed the foregoing certificate, is now, and was at the time of signing,* Technical Director, NOAA/NOS

NOAA/NOS, Center for Operational Oceanographic Products and Services

*and that full faith and credit should be given his/her certificate as such.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name,*

*and caused the seal of the Department of Commerce to be af-*

*fixed this* _6th_ *day of* _May_ _____,

*two thousand* _and fifteen_ _____

*For the SECRETARY OF COMMERCE :*

Certifying Officer

P-1820

Statement prepared by the National Oceanic and Atmospheric Administration, National Ocean Services (NOS) for The United States District Court for the Eastern District of Pennsylvania (The Honorable Joel Slomsky), United States Court House, 601 Market Street, Room 5614, Philadelphia PA 19106.

In 2004, daily tidal current predictions for a) Slack Before Flood, b) Maximum Flood, c) Slack Before Ebb, and d) Maximum Ebb for tide stations located at the Delaware Bay Entrance (38° 46.85' North, 75° 02.58' West), Brandywine Shoal Light (38° 59.26' North, 75° 07.62' West), Reedy Point (39° 33.51' North, 75° 33.10' West), and Philadelphia Penns Landing (39° 56.76' North, 75° 08.33' West) are published by NOAA in the Atlantic Coast of North America Tidal Current Tables.

Tidal current data for subordinate stations along the Delaware River, and Bay and the coasts of New Jersey and Delaware can to be found at Table 2 of the Tidal Current Tables.  For convenience, all subordinate tidal stations, from Station 4026 Shark River NJ (40° 11.24'North, 74° 00.76'West) to Station 4521 Indian River Inlet (38° 57'North, 75° 04'West), including Delaware Bay and River up to Trenton, NJ, are referenced to the Delaware Bay Entrance, and time differences and speed ratios are also published.  The time intervals represent the progression of the tidal wave as it progresses up the estuary.

The time differences between reference stations and subordinate stations along the Delaware River can also be calculated to establish relationships between stations. These calculations represent an average of the observed local variations in the tidal current at subordinate and reference stations.

Negative time intervals are deducted from the predicted times at Delaware Bay Entrance and positive time intervals are added to the predicted times at Delaware Bay Entrance.

Since March 25th, 2003, a tidal current meter has been nearly continuously operating at the Penns Landing Tide Station in Philadelphia. The Philadelphia Penns Landing Station provides the real time direction and velocity of the current at six-minutes intervals at that location and is the source of the daily tidal current predictions published in NOAA's Tidal Current Tables.  This was the only current

meter recording data on the Delaware River in 2004. The current station at the entrance to the Delaware Bay was not recording data in 2004.

The current meter observations at Penns Landing can be used to infer tidal currents at subordinate stations upstream and downstream of Philadelphia Penns Landing.

"Slack Before Flood" is a brief slack period of no velocity as the current moves from the ebbing to flooding stage, which can range from seconds to several minutes as the current switches direction. For the Delaware River, ebb currents generally flow southwards or down river while flood currents flow northwards or up river. On the Delaware River, the time of predicted slack before flood at Crab Point and Hog Island can be computed by applying the following time corrections referenced to the Delaware Bay Entrance:

Station 4426 Crab Point          +04:49
Station 4431 Hog Island          +05:54

There is a fairly consistent relationship of the tidal conditions between 4426 Crab Point, 4431 Hog Island and 4466 Philadelphia Penns Landing.

It is reasonable to infer the time of slack water before flood at Station 4426 Crab Point and at Station 4431 Hog Island by comparing the times of predicted and actual slack water before flood at Station 4466 Philadelphia Penns Landing. The relationship between Philadelphia Penns Landing on one hand, and Crab Point and Hog Island on the other hand, is reasonably consistent for the purpose of calculating the predicted times of slack water before flood and the observed or inferred times of slack water before flood.

The 6 minute current observations at Station 4466 for November 26, 2004 are listed. Slack water before flood on November 26, 2004 at Philadelphia Penns Landing was about 21:30 (EST):

| Time (EST) | Speed (knots) | Dir (true) |
| --- | --- | --- |
| 21:16:00 | 0.16 | 181 |
| 21:22:00 | 0.11 | 186 |
| 21:28:00 | 0.04 | 190 |
| 21:34:00 | 0.07 | 016 |

21:40:00          0.17          011
21:46:00          0.23          011


The predicted time of slack water before flood at Philadelphia Penns Landing on
November 26, 2004 was 21:46, in other words, the observed slack before flood
occurred 16 minutes earlier than predicted.  On the 26th of November 2004, the
change of direction of the current was virtually instantaneous at Penns Landing
(see attached graph).

 In order to infer the corresponding slack water before flood for November 26,
2004 at the points of interest 16 minutes should be deducted from the predicted
slack water times.  Thus it is reasonable to infer that slack before flood occurred at
the following locations on November 26th, 2004.

Station 4426 Crab Point          20:36 EST
Station 4431 Hog Island          20:41 EST

