IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PETITION OF FRESCATI SHIPPING COMPANY, LTD., as owner of the M/T ATHOS I and TSAKOS SHIPPING & TRADING, S.A., as manager of the ATHOS I for Exoneration from or Limitation of Liability | CIVIL ACTION NO. 05-0305 |
| UNITED STATES OF AMERICA, Plaintiff, v. CITGO ASPHALT REFINING COMPANY, et al., Defendants. | CIVIL ACTION NO. 08-2898 CONSOLIDATED |

FILED
JUL 29 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

### ORDER

**AND NOW**, this 28th day of July 2016, it is **ORDERED** that a telephone conference will be held on **August 1, 2016 at 4:30 p.m.** Counsel for the Frescati Plaintiffs shall initiate the call to Chambers at (267) 299-7340.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.