IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Petition of FRESCATI SHIPPING COMPANY, LTD., as Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability | CIVIL ACTION No. 05-cv-305(JHS) X<br><br>**FILED**<br>AUG - 3 2016<br>LUCY V. CHIN, Interim Clerk<br>By_____Dep. Clerk |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>CITGO ASPHALT REFINING COMPANY, et al.<br>    Defendants. | CIVIL ACTION No. 08-CV-2898(JHS) - File<br><br>CONSOLIDATED |

## CONSENT ORDER

It is hereby stipulated and agreed by and between counsel for Plaintiffs Frescati Shipping Company, Ltd, Tsakos Shipping & Trading S.A., and the United States of America, and Defendants CITGO Asphalt Refining Company, CITGO Petroleum Corporation and CITGO East Coast Oil Corp. and ordered by the Court that the July 25, 2016 Preliminary Order (Doc. 874) does not constitute and shall not be considered a Fed. R. Civ. P. 58(a) entry of final judgment for any purpose including, but not limited to, the time periods for the filing of post-trial motions, the filing of notices of appeal, and the commencement of the automatic stay of execution under Rule 62(a).

As the result of the July 28, 2016 letter request from the parties (Doc. 875) the Court held a telephone conference on the record on August 1, 2016 to clarify its Preliminary Order dated July 25, 2016 (Doc. 874). The Court confirmed that (1) the Preliminary Order (Doc. 874) was

not intended to be, and should not be considered, a Rule 58(a) entry of final judgment and (2) a Rule 58(a) final judgment will be issued and entered by the Court after the total amounts being awarded are finally determined in accordance with footnotes 2 and 3 of the Preliminary Order (Doc. 874).

By: /s/ John J. Levy
Alfred J. Kuffler (ID No. 12868)
John J. Levy (ID No. 42377)
MONTGOMERY, McCRACKEN,
WALKER & RHOADES, LLP
123 South Broad Street
Philadelphia, PA 19109-1029
(215) 772-1500

Attorneys for Plaintiffs
Frescati Shipping Company
Tsakos Trading, S.A

By: /s/ Richard Q. Whelan

Richard Q. Whelan (ID No. 35688)
Frank P. DeGiulio (ID No. 41577
PALMER BIEZUP & HENDERSON LLP
190 North Independence Mall West, Suite 401
Philadelphia, PA 19106
(215) 625-9900

By: /s/ Stephen G. Flynn
Stephen G. Flynn
Assistant Director
Sharon K. Shutler, Trial Attorney
U.S. DEPT. OF JUSTICE
Torts Branch, Civil Division, DOJ
PO Box 14271
Washington D.C. 20044-4271
Telephone: (202) 616-4070

Attorneys for Plaintiff United States

By: /s/ Derek A. Walker

Derek A. Walker
CHAFFE McCALL, LLP
2300 Energy Center
1100 Poydras Street
New Orleans, LA 70163
(504)-585-7000

John G. Bissell
STRONG PIPKIN BISSELL & LEDYARD, L.L.P.
4900 Woodway Drive, Suite 1200
Houston, Texas 77056
713-651-1900

Attorneys for Defendants,
CITGO Asphalt Refining Company, CITGO Petroleum Corporation, and
CITGO East Coast Oil Corporation

SO ORDERED THIS 2nd DAY
OF AUGUST 2016

*Joel Slomsky* (signature)
Joel H. Slomsky, U.S.D.J.