# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Petition of FRESCATI SHIPPING COMPANY, LTD., as Owner of the M/T ATHOS I, and TSAKOS SHIPPING & TRADING, S.A., as Manager of the M/T ATHOS I, for Exoneration from or Limitation of Liability | ) ) ) ) ) ) ) ) ) | CIVIL ACTION No. 05-cv-305 (JHS)<br><br><br><br>CONSOLIDATED |
| UNITED STATES OF AMERICA,<br>                              Plaintiff,<br>        v.<br><br>CITGO ASPHALT REFINING COMPANY, et al.<br>                              Defendants. | ) ) ) ) ) ) ) ) ) | CIVIL ACTION No. 08-cv-2898 (JHS) |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that CITGO Asphalt Refining Company, CITGO Petroleum Corporation, and CITGO East Coast Oil Corporation—defendants in the above-captioned consolidated actions—hereby appeal to the United States Court of Appeals for the Third Circuit from the Final Order (Doc. No. 888 in Civil Action No. 05-cv-305) entered on August 17, 2016. This appeal includes the aforesaid Final Order, as well as all other rulings and orders adverse to defendants in these consolidated actions that are reviewable in this appeal.

2740308-1

                                                    Respectfully submitted,

| CHAFFE McCALL, L.L.P. | PALMER BIEZUP & HENDERSON LLP |
|---|---|
| By: */s/ Derek A. Walker* | By: */s/ Richard Q. Whelan* |
|     Derek A. Walker |     Richard Q. Whelan (ID No. 35688) |
|     Douglas L. Grundmeyer |     Frank P. DeGiulio (ID No. 41577) |
|     Chaffe McCall, L.L.P. |     Palmer Biezup & Henderson, LLP |
|     1100 Poydras Street |     190 N. Independence Mall West |
|     2300 Energy Centre |     Suite 401 |
|     New Orleans, LA 70163 |     Philadelphia, PA 19106-3409 |
|     (504) 585-7000 |     (215) 625-9900 |
| | |
| STRONG PIPKIN BISSELL & LEDYARD, L.L.P. | SIDLEY AUSTIN LLP (OF COUNSEL) |
| By: */s/ John G. Bissell* | |
|     John G. Bissell |     Carter G. Phillips |
|     Strong Pipkin Bissell & Ledyard, L.L.P. |     Jacqueline G. Cooper |
|     4900 Woodway Drive, Suite 1200 |     1501 K Street, N.W. |
|     Houston, TX  77056 |     Washington, D.C.  20005 |
|     (713) 210-4366 |     (202) 736-8000 |

*Attorneys for Defendants,*
*CITGO Asphalt Refining Company,*
*CITGO Petroleum Corporation, and*
*CITGO East Coast Oil Corporation*

Dated:  August 24, 2016

2740308-1

## CERTIFICATE OF SERVICE

The undersigned certifies that service of a true and correct copy of the Notice of Appeal was sent to the following counsel on the below-listed date, via electronic mail:

Alfred J. Kuffler, Esq.
Montgomery, McCracken, Walker
  & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
*Attorney for Plaintiffs, Frescati Shipping Company, Ltd. and Tsakos Shipping & Trading, S.A.*

John J. Levy, Esq.
Montgomery, McCracken, Walker
  & Rhoads, LLP
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002
*Attorney for Plaintiffs, Frescati Shipping Company, Ltd. and Tsakos Shipping & Trading, S.A.*

Eugene J. O'Connor, Esq.
Montgomery, McCracken, Walker
  & Rhoads, LLP
437 Madison Avenue, 29th Floor
New York, NY 10022
*Attorney for Plaintiffs, Frescati Shipping Company, Ltd. and Tsakos Shipping & Trading, S.A.*

Stephen G. Flynn (SGF-8075)
Department of Justice
Assistant Director Admiralty
Sharon K. Shutler
Trial Attorney
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
*Attorneys for Plaintiff,
United States of America*

PALMER BIEZUP & HENDERSON LLP

By:   */s/ Richard Q. Whelan*
      Richard Q. Whelan (ID No. 35688)
      Palmer Biezup & Henderson LLP
      190 N. Independence Mall West Suite 401
      Philadelphia, PA 19106-1572
      Telephone: (215) 625-7809

Dated: August 24, 2016

2740308-1